No. 02M28.  SHERRILL v. HOLMES-TUTTLE FORD;

No. 02M29.  MOORE v. ARIZONA DEPARTMENT OF TRANSPORTATION/MOTOR VEHICLE DIVISION ET AL.;

No. 02M30.  WILLIAMS v. UNITED STATES;

No. 02M31.  HERZOG v. UNITED STATES; and

No. 02M33.  BECK v. CURTIS, WARDEN.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02M32.  WALDROP v. DeKALB COUNTY BOARD OF EDUCATION.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 01–593.  DOLE FOOD CO. ET AL. v. PATRICKSON ET AL.; and

No. 01–594.  DEAD SEA BROMINE CO., LTD., ET AL. v. PATRICKSON ET AL.  C. A. 9th Cir.  [Certiorari granted, 536 U. S. 956.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1418.  ARCHER ET UX. v. WARNER.  C. A. 4th Cir. [Certiorari granted, 536 U. S. 938.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–1437.  BRANCH ET AL. v. SMITH ET AL.; and

No. 01–1596.  SMITH ET AL. v. BRANCH ET AL.  D. C. S. D. Miss.  [Probable jurisdiction noted, 536 U. S. 903.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–299.  ENTERGY LOUISIANA, INC. v. LOUISIANA PUBLIC SERVICE COMMISSION ET AL.  Sup. Ct. La.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–571.  PATTERSON ET AL. v. BOLLINGER ET AL.  C. A. 6th Cir.  Motion of petitioners Ebony Patterson et al. to expedite consideration of petition for writ of certiorari before judgment denied.